UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRAIG PETERSON,<br><br>         Plaintiff,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>         Defendant. | NO. 2:15-CV-00077-JLQ<br><br>ORDER DIRECTING ENTRY OF JUDGMENT AND CLOSING FILE |

BEFORE THE COURT is the Joint Motion for Dismissal (ECF No. 47) wherein the parties agree to dismissal of "all claims and counterclaims, with prejudice, and without attorney fees and costs to either party."

**IT IS HEREBY ORDERED:**

The Joint Motion (ECF No. 47) is **GRANTED**. The Clerk of this court shall enter judgment of dismissal of the Amended Complaint and the claims therein and all Counterclaims with prejudice and without costs or attorneys fees to any party.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 23rd day of May, 2016.

                    s/ Justin L. Quackenbush
                 JUSTIN L. QUACKENBUSH
        SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1